Jason D. Guinasso, Esq. (8478)
Tyson D. League, Esq. (13366)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Tel: (775) 853-8746
Fax: (775) 201-9611
jguinasso@hutchlegal.com

Todd W. Prall, Esq. (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:    (702) 385-2086
tprall@hutchlegal.com

*Attorneys for defendant CF USA GLOBAL HOLDINGS, LLC, dba, THE COFFEE CHERRY COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEACH LOGISTICS, INC.<br><br>          Plaintiff,<br><br>     vs.<br><br>CF USA, INC., *dba,* THE COFFEE CHERRY COMPANY, and DOES 1 through 25, inclusive,<br><br>          Defendant.<br><br>CF USA HOLDINGS, LLC, *dba* THE COFFEE CHERRY COMPANY,<br><br>          Counter-Claimant,<br><br>LEACH LOGISTICS, INC.,<br><br>          Counter-Defendant. | CASE NO.: 3:21-cv-00237-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT REPORT** |

Plaintiff, Leach Logistics, Inc., and Defendant, CF USA Global Holdings, LLC (misnamed in the complaint as CF USA, Inc.) dba The Coffee Cherry Company ("Defendant" or "TCCC"), by and through their undersigned counsel stipulate, agree, and jointly request that the Court to extend the time for the parties to submit a Joint Case Management Report five calendar days from **July 16, 2021** to **July 21, 2021**.

| | |
|---|---|
| DATED this 14th day of July, 2021. | DATED this 14th day of July, 2021. |
| CASTRONOVA LAW OFFICES | HUTCHISON & STEFFEN, PLLC |
| /s/ Stephen G. Castronova<br>Stephen G. Castronova (7305<br>605 Forest Street<br>Reno, Nevada 89509<br>Tel: (775) 323-2646<br>Fax: (775) 323-3181<br>sgc@castronovalaw.com | /s/ Todd W. Prall<br>Jason D. Guinasso (8478)<br>Tyson D. League (13366)<br>500 Damonte Ranch Parkway, Suite 980<br>Reno, NV 89521<br>Tel: (775) 853-8746<br>Fax: (775) 201-9611<br>jguinasso@hutchlegal.com |
| *Attorney for Plaintiff Leach Logistics, Inc.* | Todd W. Prall (9154)<br>HUTCHISON & STEFFEN, PLLC<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>Tel: (702) 385-2500<br>Fax: (702) 385- 2086<br>tprall@hutchlegal.com<br><br>*Attorneys for Defendant CF USA GLOBAL HOLDINGS, LLC dba THE COFFEE CHERRY COMPANY* |

**IT IS SO ORDERED**.

DATED this  20th  day of ___July___, 2021.

_____
UNITED STATES MAGISTRATE JUDGE