Jason D. Guinasso, Esq. (8478)
Tyson D. League, Esq. (13366)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Tel: (775) 853-8746
Fax: (775) 201-9611
jguinasso@hutchlegal.com

Todd W. Prall, Esq. (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:   (702) 385-2086
tprall@hutchlegal.com

*Attorneys for defendant CF USA. INC. dba
dba, THE COFFEE CHERRY COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEACH LOGISTICS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CF USA, INC., *dba,* THE COFFEE CHERRY COMPANY, and DOES 1 through 25, inclusive,<br><br>Defendant.<br><hr>AND ALL RELATED MATTERS | CASE NO.:  3:21-CV-00237-MMD-CLB<br><br>**ORDER GRANTING THE STIPULATION OF THE PARTIES TO EXTEND STAY ORDERED BY THE COURT ON FEBRUARY 28, 2022  [ECF 57]** |

Plaintiff and Counter-Defendant Leach Logistics, Inc., on the one hand, and Defendant CF USA, Inc. dba The Coffee Cherry Company, stipulate and agree as follows:

1. That the 45 day stay of the case ordered by the Court on February 28, 2022 [ECF 57] be extended an additional 30 days.

2. The parties are requesting the additional time to allow the parties to complete the discovery allowed by the Court in the most efficient way possible.

3. Specifically, Defendant is looking to gather all documents and information that will enable the parties to confirm the correct names of the parties so that there will be as little need for depositions as possible.

4. In order to ensure that there is enough time to gather and analyze the documents, and allow for any necessary deposition, the parties have agreed and request that the Court extend the time allowed for this discovery an additional 30 days.

5. Based on this stipulation the parties stipulate and agree that the 45 day stay of the case ordered by the Court on February 28, 2022 [ECF 57] be extended an additional 30 days.

**IT IS SO STIPULATED.**

DATED this 10th day of March, 2022.

CASTRONOVA LAW OFFICES

*/s/ Stephen G. Castronova*_____
Stephen G. Castronova, Esq. (SBN 7305)
605 Forest Street
Reno, Nevada 89509
Attorney for Plaintiff
Tel: (775) 323-2646
Fax: (775) 323-3181
SGC@CastronovaLaw.com

*Attorney for Plaintiff LEACH LOGISTICS, INC.*

HALL PRANGLE & SCHOONVELD, LLC

*/s/ Nathan R. Reinmiller*_____
Mari K. Schaan (11268)
Nathan R. Reinmiller (6793)
1140 North Town Center Drive, Suite 350
Las Vegas, Nevada 89144

*Attorneys for Counter-Defendant LEACH LOGISTICS, INC.*

DATED this 10th day of March, 2022.

HUTCHISON & STEFFEN, PLLC

*/s/ Todd W. Prall*_____
Jason D. Guinasso, Esq. (8478)
Tyson D. League, Esq. (13366)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Tel: (775) 853-8746
Fax: (775) 201-9611
jguinasso@hutchlegal.com

Todd W. Prall, Esq. (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:   (702) 385-2086
tprall@hutchlegal.com

*Attorneys for defendant CF USA, INC. dba, THE COFFEE CHERRY COMPANY*

IT IS SO ORDERED.

**ORDER**

_____

MIRANDA M. DU

CHIEF U.S. DISTRICT COURT JUDGE

DATED THIS 11th Day of March 2022.