MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
HALL PRANGLE & SCHOONVELD, LLC
1140 North Town Center Drive, Suite 350
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
efile@hpslaw.com
*Attorneys for Plaintiff/Counter-Defendant*
*LEACH LOGISTICS, INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEACH LOGISTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CF USA, INC., *dba*, THE COFFEE CHERRY COMPANY, and DOES 1 through 25, inclusive, <br><br> Defendant. | CASE NO.: 3:21-cv-00237-MMD-CLB <br><br><br> **SUBSTITUTION OF ATTORNEYS** |

Plaintiff, LEACH LOGISTICS, INC. hereby substitutes MARI K. SCHAAN, ESQ. and NATHAN R. REINMILLER, ESQ of the law firm of HALL PRANGLE & SCHOONVELD, LLC, 1140 North Town Center Drive, Suite 350, in Las Vegas, Nevada 89144, 702-889-6400, as its attorney of record in this matter, in the place and stead of STEPHEN G. CASTRONOVA, ESQ. of the law firm of CASTRONOVA LAW OFFICES.

DATED this ___ day of May, 2022.

LEACH LOGISTICS, INC

By: _____

I, STEPHEN G. CASTRONOVA, ESQ. hereby agree and consent to the substitution of MARI K. SCHAAN, ESQ. and NATHAN R. REINMILLER ESQ. as the attorneys of record for LEACH LOGISTICS, INC. in this matter

1

CASTRONOVA LAW OFFICES

By: _____
STEPHEN G. CASTRONOVA, ESQ.
Nevada Bar No. 007305
605 Forest Street
Reno, Nevada 89509
*Co-Counsel for Plaintiff*
*LEACH LOGISTICS, INC.*

I, NATHAN R. REINMILLER, ESQ. am duly admitted to practice in this District and hereby accept substitution as attorney of record for LEACH LOGISTICS, INC. in this matter.

DATED this 13th day of May, 2022.

HALL PRANGLE & SCHOONVELD, LLC

By: */s/ Nathan Reinmiller, Esq.*
MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
1140 North Town Center Drive, Ste. 350
Las Vegas, Nevada 89144
*Attorneys for Plaintiff LEACH LOGISTICS, INC.*

I, MARI K. SCHAAN, ESQ. am duly admitted to practice in this District and hereby accept substitution as attorney of record for LEACH LOGISTICS, INC. in this matter.

DATED this 13th day of May, 2022.

HALL PRANGLE & SCHOONVELD, LLC

By: */s/ Mari K. Schaan, Esq.*
MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
1140 North Town Center Drive, Ste. 350
Las Vegas, Nevada 89144
*Attorneys for Plaintiff LEACH LOGISTICS, INC.*

IT IS SO ORDERED.

Dated: May 16, 2022

_____
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of HALL PRANGLE & SCHOONVELD, LLC; that on the 13th day of May, 2022, I served a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEYS** as follows:

\_\_\_\_\_ placing an original, or true copy thereof, in a sealed, postage prepaid, envelope in the United States mail.

\_\_\_\_\_ United States District Court CM/ECF System

\_\_\_\_\_ personal delivery

\_\_X\_\_ electronic means (facsimile or electronic mail)

| | |
|---|---|
| STEPHEN G. CASTRONOVA, ESQ.<br>Nevada Bar No. 007305<br>**CASTRONOVA LAW OFFICES**<br>605 Forest Street<br>Reno, Nevada 89509<br>*Co-Counsel for Plaintiff/Counter-Defendant*<br>*LEACH LOGISTICS, INC.* | JASON D. GUINASSO, ESQ.<br>Nevada Bar No. 8478<br>TYSON D. LEAGUE, ESQ.<br>Nevada Bar No. 13366<br>500 Damonte Ranch Parkway, Suite 980<br>Reno, NV 89521<br>-and-<br>TODD W. PRALL, ESQ.<br>Nevada Bar No. 9154<br>**HUTCHISON & STEFFEN, PLLC**<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>*Attorney for Defendant/Counter-Claimant*<br>CF USA GLOBAL HOLDINGS, LLC dba THE COFFEE CHERRY COMPANY |

/s/ *Camie DeVoge*
An employee of HALL PRANGLE & SCHOONVELD, LLC