Jason D. Guinasso (8478)
Tyson D. League (13366)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Tel: (775) 853-8746
Fax: (775) 201-9611
jguinasso@hutchlegal.com

Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:   (702) 385-2086
tprall@hutchlegal.com

*Attorneys for defendant CF USA. INC. dba dba, THE COFFEE CHERRY COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEACH LOGISTICS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CF USA, INC., *dba,* THE COFFEE CHERRY COMPANY, and DOES 1 through 25, inclusive,<br><br>Defendant.<br><br>AND ALL RELATED MATTERS | CASE NO.:  3:21-CV-00237-MMD-CLB<br><br>**ORDER ON STIPULATION OF PARTIES TO EXTEND STAY ORDERED BY THE COURT ON FEBRUARY 28, 2022 [Doc 57] AND THE EXTENSIONS ORDERED BY THE COURT ON MARCH 11, 2022 [Doc 59] AND MAY 6, 2022 [Doc. 64]** |

Plaintiff and Counter-Defendant Leach Logistics, Inc., on the one hand, and Defendant CF USA, Inc. dba The Coffee Cherry Company, stipulate and agree as follows:

1. That the 45 day stay of the case ordered by the Court on February 28, 2022 [ECF 57], which has been extended by 60 days based on Court orders entered on March 11, 2022 [Doc. 57] and May 6, 2022 [Doc. 64], needs to be extended an additional thirty days.

2. The parties are requesting the additional time to allow time for the parties to complete the Rule 30(b)(6) depositions based on the schedule of the parties' counsel and the designated Rule 30(b)(6) witness. The parties also need some additional time to either resolve objections concerning the Rule 30(b)(6) topics or other mechanisms by which the parties can reach an agreement concerning the parties that should be included in the action.

3. Specifically, Plaintiff re-noticed the Rule 30(b)(6) depositions for CF USA, Inc., CF Global Holdings, Inc., and any other entity doing business as "The Coffee Cherry Company," "The Coffee Cherry Co.," or "TCCC" over two days on June 1, 2022 and June 2, 2022. Defendant and the identified Rule 30(b)(6) witnesses were not available to conduct the depositions over two days during the week of June 1, 2022. Plaintiff was unwilling to do the depositions as a single 30(b)(6) with one witness testifying on behalf of all companies identified simultaneously, nor to limit the three depositions to a total of 7 hours. The parties therefore have agreed to set the deposition on the next two consecutive days when both the Rule 30(b)(6) witness, Defendant's counsel, and Plaintiff's counsel are available. The next available two days are June 29 and 30, 2022.

4. The parties also need some time to work out some objections to some of the topics identified in the Rule 30(b)(6) deposition notices as there is some dispute concerning whether the scope of the topics is congruent with the Court's order. Alternatively, Defendant has made a proposal concerning election of parties to be sued in this case that may eliminate the need for the Rule 30(b)(6) depositions that Plaintiff has stated that needed more time to consider.

5. With the Rule 30(b)(6) depositions set for June 29 and 30, 2022, the parties agree that the deadline for Plaintiff to elect whether to file an amended complaint needs to be extended 30 days.

6. Based on this stipulation the parties stipulate and agree that the 45 day stay of the case ordered by the Court on February 28, 2022 [ECF 57], which has been extended by 60 days based on the Court orders on March 11, 2022 and May 6, 2022, be extended an additional 30 days.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 1st day of June, 2022. | DATED this 1st day of June, 2022. |
| HALL PRANGLE & SCHOONVELD, LLC | HUTCHISON & STEFFEN, PLLC |
| */s/ Nathan Reinmiller*_____ | */s/ Todd W. Prall*_____ |
| Mari K. Schaan (11268) | Todd W. Prall (9154) |
| Nathan Reinmiller (6793) | Peccole Professional Park |
| 1140 North Town Center Drive, Suite 350 | 10080 West Alta Drive, Suite 200 |
| Las Vegas, Nevada 89144 | Las Vegas, NV 89145 |
| | tprall@hutchlegal.com |
| *Attorneys for Counter-Defendant LEACH LOGISTICS, INC.* | Jason D. Guinasso (8478) |
| | HUTCHISON & STEFFEN, PLLC |
| | 500 Damonte Ranch Parkway, Suite 980 |
| | Reno, NV 89521 |
| | jguinasso@hutchlegal.com |
| | *Attorneys for defendant CF USA, INC. dba, THE COFFEE CHERRY COMPANY* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6/8/2022

Submitted by:

HUTCHISON & STEFFEN, PLLC

By: */s/ Todd W. Prall*_____
Todd W. Prall (9154)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
tprall@hutchlegal.com