Jason D. Guinasso, Esq. (8478)
5371 Kietzke Lane
Reno, NV 89511
Tel: (775) 853-8746
Fax: (775) 201-9611
jguinasso@hutchlegal.com

Todd W. Prall, Esq. (9154)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:   (702) 385-2086
tprall@hutchlegal.com

*Attorneys for Defendant CF USA, Inc. and Counterclaimants CF USA, Inc. and CF Global Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEACH LOGISTICS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CF USA, INC., *dba,* THE COFFEE CHERRY COMPANY, and DOES 1 through 25, inclusive,<br><br>Defendant.<br><br>CF USA, INC., a Delaware corporation; CF GLOBAL, INC., a British Columbia corporation;<br><br>Counter-Claimants,<br><br>vs.<br><br>LEACH LOGISTICS, INC., Nevada corporation; GLOBAL STERILIZATION<br><br>Counter-Defendant. | CASE NO.: 3:21-cv-00237-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF LEACH LOGISTIS' OPPOSITION TO DEFENDANT CF USA, INC'S MOTION TO DISMISS (ECF 90)**<br><br>**(Hearing Requested)** |

///

1  Defendant/Counter-Claimant CF USA, Inc., a Delaware limited liability company
2  ("Defendant" or "CF USA"), by and through its counsel of record and Plaintiff LEACH
3  LOGISTICS, INC., by and through its counsel of record hereby stipulate and agree, pursuant to
4  Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the deadline for
5  Defendant to respond to Plaintiff Leach Logistics' Opposition to Defendant Cf USA, Inc's Motion
6  To Dismiss (ECF 90) to January 4, 2023. This Stipulation is based on the following:

7      1. Due to the current workload of Defendant's attorneys and the upcoming holiday,
8  the Parties hereby stipulate and agree to extend the deadline one week for Defendants to respond
9  to Plaintiff Leach Logistics' Opposition to Defendant Cf USA, Inc's Motion to Dismiss (ECF 90).
10 Therefore, the Parties stipulate and agree that Defendant should have through and including
11 January 4, 2023, in which to respond Plaintiff Leach Logistics' Opposition to Defendant Cf USA,
12 Inc's Motion To Dismiss (ECF 90).

13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2.   This Stipulation is made in good faith and is not for the purpose of delay.

DATED this 27th day of December 2022.

HUTCHISON & STEFFEN, PLLC

*/s/ Todd W. Prall*

Jason D. Guinasso (8478)
5371 Kietzke Lane
Reno, NV 89511
Tel: (775) 853-8746
Fax: (775) 201-9611
jguinasso@hutchlegal.com

Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:    (702) 385-2086
tprall@hutchlegal.com

*Attorneys for Defendant CF USA, Inc. and Counterclaimants CF USA, Inc. and CF Global Holdings, Inc*

DATED this 27th day of December 2022.

HALL PRANGLE & SCHOONVELD, LLC

*/s/ Nathan R. Reinmiller*

Mari K. Schaan, Esq.
Nathan R. Reinmiller, Esq.
1140 North Town Center Drive, Suite 35
Las Vegas, NV 89144

*Attorney for Plaintiff*

       IT IS SO ORDERED

 December 28, 2022

DATED:                                                    UNITED STATES DISTRICT JUDGE