**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LEACH LOGISTICS, INC., <br><br>　　　　　　　　　Plaintiff, <br><br>　v. <br><br>CF USA, INC., *et al.*, <br><br>　　　　　　　　　Defendants. | Case No. 3:21-CV-00237-MMD-CLB <br><br>**ORDER GRANTING DEMAND FOR SECURITY COST BOND** <br><br>[ECF No. 93] |

　　　Currently pending before the Court is Counter-Defendant Leach Logistics, Inc.'s ("Leach") demand for a security cost bond from Counter-Claimant CF USA, Inc. ("CF USA") pursuant to NRS § 18.130. (ECF No. 93.) CF USA filed a non-opposition to Leach's demand indicating that it was prepared to pay the requested cost bond and required an order from the Court to do so. (ECF No. 96.) Accordingly, Leach's demand for a security bond, (ECF No. 93), is GRANTED.

　　　IT IS FURTHER ORDERED that CF USA either post a bond for security costs or deposit lawful money for security costs in the amount of $500 to the Clerk's Office for Leach within thirty (30) days of the date of this order.

DATED: January 10, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**