MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
HALL PRANGLE & SCHOONVELD, LLC
1140 North Town Center Drive, Suite 35
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
efile@hpslaw.com
*Attorneys for Counter-Defendant*
*LEACH LOGISTICS, INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LEACH LOGISTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CF USA, INC, and DOES 1 through 25, inclusive, <br><br> Defendant. <br><br> ──────────────────── <br> CF USA, INC., a Delaware corporation; CF GLOBAL, INC., a British Columbia corporation; <br><br> Counter-Claimants, <br><br> vs. <br><br> LEACH LOGISTICS, INC., a Nevada corporation; GLOBAL STERILIZATION <br><br> Counter-Defendant. | CASE NO.:  3:21-cv-00237-MMD-CLB <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE A REPLY IN SUPPORT OF COUNTER-DEFENDANT LEACH LOGISTICS'S MOTION PURSUANT TO FRCP 12 TO DISMISS, STRIKE, AND/OR FOR MORE DEFINITE STATEMENT [ECF 100]** |

Plaintiff/Counter-Defendant Leach Logistics, Inc. ("Plaintiff" or "Leach Logistics"), by and through its counsel of record and Defendant/Counter-Claimant CF USA, Inc., by and through its counsel of record hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the deadline for Plaintiff/Counter-

Defendant to file a Reply in Support of its Motion To Dismiss (ECF 100) to February 23, 2023. This Stipulation is based on the following:

1. Due to an unforeseeable and unanticipated increase in the current workload of Plaintiff/Counter-Defendant's attorneys, the Parties hereby stipulate and agree to extend the deadline for 10 days for Plaintiff/Counter-Defendant to file a Reply in support of its Motion to Dismiss (ECF 100). Therefore, the Parties stipulate and agree that Plaintiff/Counter-Defendant should have through and including February 23, 2023, in which to file a Reply in Support of its Motion To Dismiss (ECF 100).

2. This Stipulation is made in good faith and is not for the purpose of delay.

DATED this 8th day of February, 2023.　　　　DATED this 8th day of February, 2023.

HUTCHISON & STEFFEN, PLLC　　　　　　　　HALL PRANGLE & SCHOONVELD, LLC

/s/ Todd Prall　　　　　　　　　　　　　　　　/s/ Nathan Reinmiller
JASON D. GUINASSO, ESQ.　　　　　　　　　　MARI K. SCHAAN, ESQ.
Nevada Bar No. 8478　　　　　　　　　　　　 Nevada Bar No. 11268
5371 Kietzke Lane　　　　　　　　　　　　　　NATHAN R. REINMILLER, ESQ.
Reno, NV 89511　　　　　　　　　　　　　　　Nevada Bar No. 6793
TODD W. PRALL, ESQ.　　　　　　　　　　　　1140 North Town Center Drive, Suite 35
Nevada Bar No. 9154　　　　　　　　　　　　 Las Vegas, NV 89144
Peccole Professional Park　　　　　　　　　　*Attorneys for Plaintiff and Counter-Defendant*
10080 West Alta Drive, Suite 200　　　　　　  *LEACH LOGISTICS, INC.*
Las Vegas, NV 89145
*Attorneys for Defendant CF USA, Inc. and Counterclaimants CF USA, Inc. and CF Global Holdings, Inc*

IT IS SO ORDERED.

February 9, 2023
DATED

_____
UNITED STATES DISTRICT JUDGE