Jason D. Guinasso, Esq. (8478)
5371 Kietzke Lane
Reno, NV 89511
Tel: (775) 853-8746
Fax: (775) 201-9611
jguinasso@hutchlegal.com

Todd W. Prall, Esq. (9154)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:    (702) 385-2086
tprall@hutchlegal.com

*Attorneys for Defendant CF USA, Inc. and
Counterclaimants CF USA, Inc. and CF Global Holdings, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEACH LOGISTICS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CF USA, INC., and DOES 1 through 25, inclusive,<br><br>Defendant.<br><br>───────────────<br><br>CF USA, INC., a Delaware corporation; CF GLOBAL, INC., a British Columbia corporation;<br><br>Counter-Claimants,<br><br>vs.<br><br>LEACH LOGISTICS, INC., Nevada corporation;<br><br>Counter-Defendant. | CASE NO.: 3:21-cv-00237-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT MOTIONS FILED BY THE PARTIES INCLUDING LEACH LOGISTICS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF/COUNTERCLAIMANT CF USA, INC.'S SECOND AMENDED COUNTERCLAIM [Doc. 124], LEACH LOGISTICS' MOTION FOR SUMMARY JUDGMENT AS TO ITS CLAIMS FOR BREACH OF CONTRACT, FRAUDULENT INDUCEMENT, UNJUST ENRICHMENT, AND TRESPASS [Doc. 126], AND CF USA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [Doc. 125]** |

Defendant/Counter-Claimant CF USA, Inc., a Delaware limited liability company ("Defendant" or "CF USA"), by and through its counsel of record and Plaintiff LEACH LOGISTICS, INC., by and through its counsel of record hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the deadline for Defendant to respond to (1) Plaintiff Leach Logistics' Motion for Summary Judgment as to CF USA, Inc.'s Second Amended Counterclaim (Doc. 124), and (2) Plaintiff Leach Logistics' Motion for Summary Judgment as to Its Claims for Breach of Contract, Fraudulent Inducement, Unjust Enrichment, and Trespass (Doc. 126) to **12:00 p.m., Monday, November 13, 2023**, and in kind the deadline for Plaintiff Leach Logistics to respond  to CF USA, Inc.'s Motion for Partial Summary Judgment **to the same date**.

This Stipulation is based on the following:

1.      Due to a calendaring error and the current workload of Defendant's CF USA, Inc.'s attorneys and the fact that Leach Logistics filed two motions for summary judgment (one on affirmative claims as Plaintiff and one on claims made against it as Counterdefendant, each under the 30-page limit), Plaintiff has agreed to permit Defendant an extension to respond, and in doing so requested and has received the same courtesy. Thus, the Parties hereby stipulate and agree to extend the response deadline for all summary judgment motions to **12:00 p.m., Monday, November 13, 2023**.

2.      The parties further agree to extend the reply deadline to **Tuesday, November 28, 2023**.

///
///
///
///
///
///
///
///

Page 2 of 3

3. This Stipulation is made in good faith and is not for the purpose of delay.

DATED this 7th day of November, 2023.

HUTCHISON & STEFFEN, PLLC


/s/ Todd W. Prall
_____
Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
tprall@hutchlegal.com

Jason D. Guinasso (8478)
5371 Kietzke Lane
Reno, NV 89511
Tel: (775) 853-8746
Fax: (775) 201-9611
jguinasso@hutchlegal.com

*Attorneys for Defendant CF USA, Inc. and Counterclaimants CF USA, Inc. and CF Global Holdings, Inc*


DATED this 7th day of November, 2023.

HALL PRANGLE & SCHOONVELD, LLC


/s/ Mari K. Schaan
_____
Mari K Schaan, Esq.
Nathan R. Reinmiller, Esq.
1140 North Town Center Drive, Suite 35
Las Vegas, NV 89144

*Attorney for Plaintiff*


 IT IS SO ORDERED

November 8, 2023
_____
DATED:

UNITED STATES DISTRICT JUDGE