```
 1  Jason D. Guinasso, Esq. (8478)
    HUTCHISON & STEFFEN, PLLC
 2  5371 Kietzke Lane
    Reno, NV 89511
 3  Tel: (775) 853-8746
 4  Fax: (775) 201-9611
    jguinasso@hutchlegal.com
 5
 6  Todd W. Prall, Esq. (9154)
    HUTCHISON & STEFFEN, PLLC
 7  Peccole Professional Park
    10080 West Alta Drive, Suite 200
 8  Las Vegas, NV 89145
 9  Tel:   (702) 385-2500
    Fax:   (702) 385-2086
10  tprall@hutchlegal.com
11
    Attorneys for Defendant and Counterclaimant
12  CF USA, Inc.
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEACH LOGISTICS, INC. | CASE NO.: 3:21-CV-00237-MMD-CLB |
| Plaintiff, | **ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |
| vs. | |
| CF USA, INC., *dba,* THE COFFEE CHERRY COMPANY, and DOES 1 through 25, inclusive, | |
| Defendant. | |
| CF USA, INC. *dba* THE COFFEE CHERRY COMPANY, | |
| Counter-Claimant, | |
| vs. | |
| LEACH LOGISTICS, INC., | |
| Counter-Defendant. | |

1

PLEASE TAKE NOTICE THAT Jason D. Guinasso, Esq., of HUTCHISON & STEFFEN, PLLC, no longer represents Defendant and counterclaimant CF USA, Inc., ("CF USA") and moves to be removed from the service list in the above-entitled action. Defendant and counterclaimant CF USA, Inc., ("CF USA"), shall continue to be represented in this action by Todd W. Prall, Esq., of HUTCHISON & STEFFEN, PLLC.

**Affirmation Pursuant to NRS 239B.030**

The undersigned affirms that the above-entitled document filed in this matter does not contain the social security number of any person.

DATED this 18th day of March 2024.

HUTCHISON & STEFFEN, PLLC

/s/ Jason D. Guinasso
Jason D. Guinasso (8478)
5371 Kietzke Lane
Reno, NV 89511
Tel: (775) 853-8746
Fax: (775) 201-9611
jguinasso@hutchlegal.com

Todd W. Prall (9154)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
tprall@hutchlegal.com

*Attorneys for Defendant
and Counterclaimant CF USA, In*

**IT IS SO ORDERED.**

**DATED:**   March 18, 2024.

UNITED STATES MAGISTRATE JUDGE

2