1  RUSSELL J. CARR (15191)
   **ROBISON, SHARP, SULLIVAN & BRUST**
2  71 Washington Street
   Reno, Nevada 89503
3  Telephone:   775-329-3151
4  Facsimile:   775-329-7169
   rcarr@rssblaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEACH LOGISTICS, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>CF USA, INC., *dba*, THE COFFEE CHERRY COMPANY, and DOES 1 through 25, inclusive.<br><br>    Defendant.<br>_____<br><br>CF USA, INC., *dba*, THE COFFEE CHERRY COMPANY,<br><br>    Counter-Claimant,<br><br>vs.<br><br>LEACH LOGISTICS, INC.<br><br>    Counter-Defendant. | Case No: 3:21-CV-00237-MMD-CLB<br><br>**ORDER GRANTING NOTICE OF DISASSOCIATION** |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN that Russell J. Carr, formerly an associate attorney with the law firm Hutchison & Steffen, PLLC ("H&S"), is no longer an attorney with H&S.  Thus, Mr. Carr is no longer associate counsel in the above-entitled action for CF USA, Inc.  As such, Mr.

1  Carr respectfully submits this Notice of Disassociation to inform all parties that he is no longer
2  associated with H&S, which is still counsel of record for CF USA, Inc.

**AFFIRMATION**

The undersigned does hereby affirm that this document does not contain the Social Security Number or personal information of any person.

Dated this 11th day of March 2025.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503

*/s/ Russell J. Carr*
RUSSELL J. CARR (15191)

**IT IS SO ORDERED.**

**DATED:** March 11, 2025

_____
UNITED STATES MAGISTRATE JUDGE