MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
HALL PRANGLE & SCHOONVELD, LLC
1140 North Town Center Drive, Suite 35
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
efile@hpslaw.com
*Attorneys for Plaintiff/Counter-Defendant*
LEACH LOGISTICS, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEACH LOGISTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CF USA, INC, and DOES 1 through 25, inclusive, <br><br> Defendant. | CASE NO.:  3:21-cv-00237-MMD-CLB <br><br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| CF USA, INC., a Delaware corporation; <br><br> Counter-Claimant, <br><br> vs. <br><br> LEACH LOGISTICS, INC., a Nevada corporation; <br><br> Counter-Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between the parties through their respective counsel that all claims by LEACH LOGISTICS Inc. against Defendant CF USA, INC and all counterclaims by CF USA, INC. against Counter-Defendant LEACH LOGISTICS, INC. shall be dismissed, with prejudice, from the instant litigation in case 3:21-cv-00237-MMD-CLB, with each party to bear their own attorneys' fees and costs.  The stipulation resolves all claims by all parties in this action.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: July 9, 2025 | DATED: July 10th 2025 |
| HALL PRANGLE & SCHOONVELD | HUTCHISON & STEFFEN, PLLC |
| */s/ Mari Schaan* | */s/ Todd Prall* |
| MARI K. SCHAAN, ESQ. (11268) | TODD W. PRALL, ESQ. (9154) |
| NATHAN R. REINMILLER, ESQ. (6793) | BRENOCH R. WIRTHLIN, ESQ. (10282) |
| 1140 North Town Center Drive, Suite 35 | 10080 West Alta Drive, Suite 200 |
| Las Vegas, NV 89144 | Las Vegas, NV 89145 |
| *Attorneys for Counter-Defendant* | -and- |
| *LEACH LOGISTICS, INC.* | RUSSELL J. CARR, ESQ. (15191) |
| | 100 W. Liberty Street, Suite 765 |
| | Reno, NV 89501 |
| | *Attorneys for Defendant* |
| | *and Counterclaimant CF USA, Inc.* |

## ORDER

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED all claims by LEACH LOGISTICS Inc. against Defendant CF USA, INC and all counterclaims by CF USA, INC. against Counter-Defendant LEACH LOGISTICS, INC., are dismissed with prejudice from this case, and each party shall bear their own costs and fees. This case shall be dismissed in its entirety.

**IT IS SO ORDERED.**

DATED the 10th day of July, 2025.   _____

Respectfully submitted by:

HALL PRANGLE & SCHOONVELD, LLC

*/s/ Mari Schaan, Esq.*
MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
1140 North Town Center Drive, Suite 35
Las Vegas, NV 89144
*Attorneys for Counter-Defendant*
*LEACH LOGISTICS, INC.*